*E-Filed 2/24/11*

| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | William F. Abrams (SBN 88805) |
| 2 | william.abrams@bingham.com |
|   | Patrick T. Weston (SBN 211448) |
| 3 | patrick.weston@bingham.com |
|   | 1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  650.849.4400 |
| 5 | Facsimile:  650.849.4800 |
| 6 | BINGHAM MCCUTCHEN LLP |
|   | Malcolm K. McGowan (pro hac vice) |
| 7 | malcolm.mcgowan@bingham.com |
|   | 2020 K Street NW |
| 8 | Washington DC 20006-1806 |
|   | Telephone:  202.373.6000 |
| 9 | Facsimile:  202.373.6001 |
| 10 | Attorneys for Plaintiff |
|    | Electra Bicycle Company, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ELECTRA BICYCLE COMPANY, LLC, a Delaware limited liability company, | | Case No. C 10-05534 RS |
| Plaintiff, | | [~~PROPOSED~~] ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| v. | | |
| TREK BICYCLE CORPORATION, LTD., a Wisconsin corporation | | |
| Defendant. | | |

After consideration of Plaintiff Electra Bicycle Company LLC's Motion To Continue Initial Case Management Conference, and good cause appearing therefor, the motion is hereby GRANTED.  The initial case management conference in this case is continued to **April 21, 2011 at 10:00 a.m.**  In addition, the associated dates in the Order Setting Initial Case Management Conference And ADR Deadlines (Docket #2) are modified as follows:

A/74001972.1

[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 10-05534 RS

| Date | Event |
|---|---|
| **3/31/2011** | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) |
| **4/14/2011** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) |

DATED: 2/24/11

_____
United States District Court Judge

A/74001972.1

2

[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 10-05534 RS