*E-Filed 4/1/11*

1  BINGHAM MCCUTCHEN LLP
   William F. Abrams (SBN 88805)
2  william.abrams@bingham.com
   Patrick T. Weston (SBN 211448)
3  patrick.weston@bingham.com
   1900 University Avenue
4  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
5  Facsimile:  650.849.4800

6  BINGHAM MCCUTCHEN LLP
   Malcolm K. McGowan (pro hac vice)
7  malcolm.mcgowan@bingham.com
   2020 K Street NW
8  Washington DC 20006-1806
   Telephone:  202.373.6000
9  Facsimile:  202.373.6001

10 Attorneys for Plaintiff
   Electra Bicycle Company, LLC
11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 ELECTRA BICYCLE COMPANY, LLC,            Case No. C 10-05534 RS
   a Delaware limited liability company,
17                                          [PROPOSED] ORDER GRANTING
                   Plaintiff,               SECOND MOTION TO CONTINUE
18                                          INITIAL CASE MANAGEMENT
           v.                               CONFERENCE
19
   TREK BICYCLE CORPORATION, LTD.,
20 a Wisconsin corporation

21                 Defendant.

22

23
           After consideration of Plaintiff Electra Bicycle Company LLC's Second Motion
24
   To Continue Initial Case Management Conference, and good cause appearing therefor, the
25
   motion is hereby GRANTED.  The initial case management conference in this case is continued
26
   to **May 5, 2011 at 10:00 a.m.**  In addition, the associated dates in the Order Setting Initial Case
27
   Management Conference And ADR Deadlines (Docket #2) are modified as follows:
28

A/74084457.1/3006855-0000342556

1

| Date | Event |
|------|-------|
| 4/14/2011 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) |
| 4/28/2011 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) |

DATED:    4/1/11

_____
United States District Court Judge