BINGHAM MCCUTCHEN LLP
William F. Abrams (SBN 88805)
william.abrams@bingham.com
Patrick T. Weston (SBN 211448)
patrick.weston@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

BINGHAM MCCUTCHEN LLP
Malcolm K. McGowan (pro hac vice)
malcolm.mcgowan@bingham.com
2020 K Street NW
Washington DC 20006-1806
Telephone:  202.373.6000
Facsimile:  202.373.6001

Attorneys for Plaintiff
Electra Bicycle Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRA BICYCLE COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TREK BICYCLE CORPORATION, LTD., a Wisconsin corporation<br><br>Defendant. | Case No. C 10-05534 RS<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME LIMIT FOR SERVICE OF COMPLAINT |

After consideration of Plaintiff Electra Bicycle Company LLC's Motion To Extend Time Limit For Service, and good cause appearing therefor, the motion is hereby GRANTED.  The time for Plaintiff to serve the Complaint in this action upon Defendant shall be extended to and including **May 5, 2011**.  The initial case management conference in this case is

A/74114037.1

1 continued to **May 26, 2011 at 10:00 a.m.**  In addition, the associated dates in the Order Setting

2 Initial Case Management Conference And ADR Deadlines (Docket #2) are modified as follows:

| Date | Event |
|------|-------|
| **5/12/2011** | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) |
| **5/19/2011** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) |

DATED:  4/6/11

_____
United States District Court Judge