| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | William F. Abrams (SBN 88805) |
| 2 | william.abrams@bingham.com |
|   | Patrick T. Weston (SBN 211448) |
| 3 | patrick.weston@bingham.com |
|   | 1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  650.849.4400 |
| 5 | Facsimile:  650.849.4800 |
|   | |
| 6 | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
|   | Malcolm K. McGowan (pro hac vice) |
| 7 | mmcgowan@wcsr.com |
|   | 1401 Eye Street NW, Suite 700 |
| 8 | Washington DC 20005 |
|   | Telephone:  202.467.6900 |
| 9 | Facsimile:  202.467.6910 |
|   | |
| 10 | Attorneys for Plaintiff |
|    | Electra Bicycle Company, LLC |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | ELECTRA BICYCLE COMPANY, LLC, a Delaware limited liability company, | Case No. C 10-05534 RS |
| 17 | | |
| 18 | Plaintiff, | **STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES (CIVIL L.R. 6-2)** |
| 19 | v. | |
| 20 | TREK BICYCLE CORPORATION, a Wisconsin corporation | AS MODIFIED BY THE COURT |
| 21 | Defendant. | |

IT IS AGREED AND STIPULATED BY AND BETWEEN PLAINTIFF ELECTRA BICYCLE COMPANY, LLC, ("ELECTRA") AND DEFENDANT TREK BICYCLE CORPORATION ("TREK"), BY AND THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

A/74250947.7

1. Electra and Trek are engaged in good-faith discussions regarding a potential resolution of this dispute, and respectfully request that the Court extend by sixty days (1) the time for Trek to answer or respond to the Complaint, and (2) the initial case management conference and related dates.  Doing so will not prejudice the parties or unduly delay the efficient administration of the present action, and will facilitate settlement discussions by permitting the parties to focus on settlement efforts.

2. Counsel for Trek agreed to accept service of the Complaint and Summons in this matter on behalf of Trek.  Counsel for Electra served the complaint, summons, and related papers upon counsel for Trek via email and first class mail on May 2, 2011.

3. Trek's answer or other response to Electra's complaint is currently due on May 26, 2011.

4. The initial case management conference in this matter is currently scheduled for June 23, 2011, with the case management statement due by June 16, 2011.  *See* Docket #20.

5. Because settlement discussions are ongoing, the parties agree to extend the deadline for Trek to answer or otherwise respond to the Electra's Complaint by sixty days to July 25, 2011.

6. Further, to conserve judicial resources, Electra and Trek jointly stipulate and respectfully request that the initial case management conference be continued for sixty days, to August ~~22~~ 25, 2011, or a date thereafter suitable for the Court; with associated dates similarly extended as follows:

| Date | Event |
|---|---|
| 8/1/2011 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) |
| 8/~~15~~18/2011 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) |

7. The Court previously granted a motion to continue the initial case management conference in this matter until April 21, 2011 (Docket # 11), and granted a second motion to continue the initial case management conference in this case until May 5, 2011 (Docket # 15). On April 6, 2011, the Court granted a motion extending the time limit for Electra to serve its Complaint upon Trek until May 5, 2011, and continuing the initial case management conference until May 26, 2011. Docket # 19. On April 18, 2011, the Clerk issued a notice rescheduling the initial case management conference for June 23, 2011, with the case management statement due by June 16, 2011. Docket # 20.

IT IS HEREBY STIPULATED.

1  DATED: May 5, 2011                    Respectfully submitted,

2

3

4                                        Bingham McCutchen LLP

5

6                                        By:      */s/ Patrick T. Weston*
                                                    William F. Abrams
7                                                   Patrick T. Weston

8                                                 Attorneys for Plaintiff
                                             ELECTRA BICYCLE COMPANY, LLC
9

                                         Respectfully submitted,
10  DATED: May 5, 2011

11

12                                       Kilpatrick Townsend & Stockton LLP

13

14                                       By:      */s/ David E. Sipiora*
                                                    David E. Sipiora
15

16                                                Attorneys for Plaintiff
                                             TREK BICYCLE CORPORATION

17

18         PURSUANT TO STIPULATION, IT IS SO ORDERED,

19

20  DATED: 5/5/11

21

22                                       _____
                                                United States District Judge
23

A/74250947.7                             4