| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | William F. Abrams (SBN 88805) |
| 2 | william.abrams@bingham.com |
|   | Patrick T. Weston (SBN 211448) |
| 3 | patrick.weston@bingham.com |
|   | 1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  650.849.4400 |
| 5 | Facsimile:  650.849.4800 |
| 6 | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
|   | Malcolm K. McGowan (pro hac vice) |
| 7 | mmcgowan@wcsr.com |
|   | 1401 Eye Street NW, Suite 700 |
| 8 | Washington DC 20005 |
|   | Telephone:  202.467.6900 |
| 9 | Facsimile:  202.467.6910 |
| 10 | Attorneys for Plaintiff |
|    | Electra Bicycle Company, LLC |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | ELECTRA BICYCLE COMPANY, LLC, a Delaware limited liability company, | Case No. C 10-05534 RS |
| 17 | | **JOINT STIPULATION FOR DISMISSAL** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | TREK BICYCLE CORPORATION, LTD., a Wisconsin corporation | |
| 21 | Defendant. | |

23    Plaintiff Electra Bicycle Company ("Electra") and Defendant Trek Bicycle Corporation

24 ("Trek") hereby submit this Stipulation to dismiss this case pursuant to Fed. R. Civ. P. 41(a)(1).

25    WHEREAS the parties have agreed to settle this case, and that as a condition of that

26 settlement, Electra will dismiss its complaint for patent infringement with prejudice, and that

27 Trek will dismiss its counterclaims for declaratory judgment of patent invalidity and non-

infringement without prejudice;

28 WCSR  6928892v1

1    IT IS HEREBY STIPULATED by and between the parties hereto that Electra's complaint for patent infringement is dismissed with prejudice, and that Trek's counterclaims for declaratory judgment of patent invalidity and non-infringment are dismissed without prejudice. Each party is to bear its own fees and costs.

DATED: August 18, 2011          Respectfully submitted,

                                Bingham McCutchen LLP


                                By:      /s/ Patrick T. Weston
                                          William F. Abrams
                                          Patrick T. Weston

                                    Attorneys for Plaintiff
                                ELECTRA BICYCLE COMPANY, LLC

DATED: August 18, 2011          Respectfully submitted,

                                Kilpatrick Townsend & Stockton LLP


                                By:      /s/ Ryan Phillips
                                          David E. Sipiora
                                          Ryan Phillips

                                    Attorneys for Defendant
                                TREK BICYCLE CORPORATION, LTD


    PURSUANT TO STIPULATION, IT IS SO ORDERED,


DATED: 8/19/11

                                _____
                                    United States District Judge


WCSR 6928892v1                        2

JOINT STIPULATION FOR DISMSSAL
CASE NO. C 10-05534 RS

A/74490706.2